**Order filed August 4, 2022.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-21-00086-CV
———————

### CITY OF HOUSTON, Appellant

### V.

### CHRISTYN BRECKENRIDGE, Appellee

**On Appeal from the 80th District Court
Harris County, Texas
Trial Court Cause No. 2019-22876**

## O R D E R

The clerk's record was filed February 24, 2021. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain **Exhibit G** (a video deposition of City employee Patrick Riley) **to Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment**.

The Harris County District Court Clerk is directed to file a supplemental clerk's record on or before **August 11, 2022** containing the above listed item.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM


Panel Consists of Justices Wise, Jewell, and Hassan.